William E. Peterson, No. 1528
Janine C. Prupas, No. 9156
**SNELL & WILMER L.L.P.**
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441

Sean P. Flynn, Esq. (SBN 220184) (pending pro hac vice admission)
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101

Attorney for Defendant
**STELLAR RECOVERY, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TOTH and GARY HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>STELLAR RECOVERY, INC.,<br><br>Defendant. | Case No: 2:13-cv-01276-LDG (GWF)<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendant, STELLAR RECOVERY, INC., certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Here list the names of all such parties and identify their connection and Interest: None. Stellar is a Florida Corporation, which is wholly privately owned.

Other than the parties named in this action, Defendant is not currently aware of any other entity that may have an interest in the outcome of this matter.

Dated: October 29, 2013

SNELL & WILMER L.L.P.

By: *[signature]*
William E. Peterson, No. 1528
Janine C. Prupas, No. 9156
50 West Liberty Street, Suite 510
Reno, Nevada 89501

Attorneys for Defendant
**STELLAR RECOVERY, INC.**

## PROOF OF SERVICE

**STATE OF NEVADA, COUNTY OF WASHOE:**

I am employed in the County of Washoe, State of Nevada. I am over the age of 18 and not a party to the within action; my business address is 50 W. Liberty Street, Suite 510, Reno, Nevada 89501.

On **October 29, 2013**, I served the foregoing document described as: **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

☒ *(BY COURT'S CM/ECF SYSTEM)* Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list contained from this court.

☐ **(BY MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am ready familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Executed on **October 29, 2013**, Reno, Nevada.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
HOLLY W. LONGE

- 3 -