UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Timothy Toth and Gary Hall, individually and on behalf of All Others Similarly Situated,

    Plaintiff(s),

vs.

Stellar Recovery, Inc.,

    Defendant(s).

Case #2:13-cv-01276-LDG-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Sean P. Flynn_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Foley & Mansfield, PLLP
(firm name)

with offices at    300 South Grand Avenue, Suite 2800
(street address)

Los Angeles, California, 90071
(city) (state) (zip code)

(213) 283-2100, sflynn@foleymansfield.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Defendant, Stellar Recovery, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since  June 10, 2002  (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  California  (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | 06/10/2002 | 220184 |
| U.S. Court of Appeals, Ninth Circuit | 05/28/2010 | 220184 |
| U.S. District Court, Central District of California | 07/16/2003 | 220184 |
| U.S. District Court, Eastern District of California | 01/07/2010 | 220184 |
| U.S. District Court, Northern District of California | 10/03/2003 | 220184 |
| U.S. District Court, Southern District of California | 07/17/2003 | 220184 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association, American Intellectual Property Law Association, Los Angeles County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Petitioner's signature*

STATE OF ____California____ )
COUNTY OF ____Los Angeles____ )

____Sean P. Flynn____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Petitioner's signature*

Subscribed and sworn to before me this

__30th__ day of __October__, __2013__

__Nancy A. Dillon__
Notary Public or Clerk of Court

NANCY A. DILLON
Commission # 1896185
Notary Public - California
Riverside County
My Comm. Expires Jul 22, 2014

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____William E. Peterson____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____50 West Liberty Street, Suite 510____,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)        (state)        (zip code)

____(775) 785-5540____, ____wpeterson@swlaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____William E. Peterson, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

Stellar Recovery, Inc.
_____
(Party signature)
Head of Compliance
_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1528                    wpeterson@swlaw.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

THE STATE BAR
OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 24, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SEAN P. FLYNN, #220184 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records