Danny J. Horen
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TOTH and GARY HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>STELLAR RECOVERY, INC.,<br><br>Defendant | Case No.: 2:13-cv-01276-LDG-GWF<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Danny J. Horen of the Kazerouni Law Group, APC will appear as Co-Counsel with the law firm Haines & Krieger for Plaintiffs Timothy Toth and Gary Hall.

December 31, 2013

KAZEROUNI LAW GROUP, APC

By: _____
DANNY J. HOREN, ESQ.
NV Bar No. 13153
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 31 day of December, 2013, service of the foregoing ***NOTICE OF APPEARANCE*** was served via electronic filing with the court, thereby upon completion the electronic filing system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered parties of record in this case, addressed as follows:

| Counsel of Record | Phone/Fax | Party |
|---|---|---|
| Sean P. Flynn<br><br>Foley & Mansfield LLP<br>300 South Grand Ave.,<br>Ste 2800<br>Los Angeles, CA 90071 | P: (213) 283-2100<br><br>sflynn@foleymansfield.com | Defendant |
| William E. Peterson<br><br>Snell & Wilmer, LLP<br>50 West Liberty Street,<br>Ste 510<br>Reno, NV 89501 | P: (775) 785-5440<br><br>wpeterson@swlaw.com | Defendant |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

DANNY J. HOREN, ESQ.
NV Bar No. 13153
KAZEROUNI LAW GROUP, APC