David H. Krieger (NV Bar No. 9086)
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiffs,*
Timothy Toth and Gary Hall

Sean P. Flynn, Esq. (Cal. SBN 220184)
Foley & Mansfield, PLLP
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101
sflynn@foleymansfield.com

*Attorney for Defendant*,
Stellar Recovery, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **TIMOTHY TOTH and GARY HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**STELLAR RECOVERY, INC.,**<br><br>Defendant | **Case No.:** 2:13-cv-01276-LDG-GWF<br><br>**PARTIES' MOTION FOR RELIEF OF UNTIMELY FILING JOINT STATUS REPORT RE: DISCOVERY, PURSUANT TO SPECIAL ORDER 109** |

Plaintiffs TIMOTHY TOTH and GARY HALL (jointly as "Plaintiffs") and

Defendant STELLAR RECOVERY, INC. ("Defendant") jointly submit this

motion seeking relief for the untimely filing of the joint status report re discovery

due to a power outage causing the CM/ECF server to be down from February 21,

2014 to February 23, 2014:

**PARTIES' MOTION FOR RELIEF OF UNTIMELY FILING JOINT STATUS REPORT RE: DISCOVERY**

1. Plaintiffs and Defendant met and conferred regarding the join status report on February 20, 2014 and February 21, 2014.

2. At approximately 5:30 p.m. PST, Plaintiffs attempted to lodge the agreed upon joint status report on the CM/ECF system.

3. Multiple counsel attempted to lodge the report over the next 6 hours, and again on February 22, 2014.

4. At approximately 6:45 p.m. PST on February 22, 2014, Plaintiffs were able to successfully lodge the joint status report (Dkt. No. 27).

5. The parties seek relief for any discipline that would result from this Court deeming its submission untimely, pursuant to Special Order 109, Section IX ("Technical Failures").

Dated: February 24, 2014                    Respectfully submitted,

### HAINES & KRIEGER

By: _____/s/ David Krieger____
         DAVID KRIEGER, ESQ.
         ATTORNEY FOR PLAINTIFF

### FOLEY & MANSFIELD

By: _____/s/ Sean P. Flynn___
         SEAN P. FLYNN, ESQ.
         ATTORNEY FOR DEFENDANT

**PARTIES' MOTION FOR RELIEF OF UNTIMELY FILING JOINT STATUS REPORT RE: DISCOVERY**

[Additional Attorneys For Plaintiffs]

Danny J. Horen
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sean P. Flynn, counsel for Defendant, and that I have obtained Mr. Flynn's authorization to affix his electronic signature to this document.

Dated: February 24, 2014                    **HAINES & KRIEGER**


By: _____/s/ David Krieger____
DAVID KRIEGER, ESQ.
ATTORNEY FOR PLAINTIFF

**PARTIES' MOTION FOR RELIEF OF UNTIMELY FILING JOINT STATUS REPORT RE: DISCOVERY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**TIMOTHY TOTH and GARY HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

      Plaintiff,

      v.

**STELLAR RECOVERY, INC.,**

      Defendant

**Case No.:** 2:13-cv-01276-LDG-GWF

[PROPOSED] ORDER GRANTING PARTIES' MOTION FOR RELIEF OF UNTIMELY FILING JOINT STATUS REPORT RE: DISCOVERY, PURSUANT TO SPECIAL ORDER 109

      Having read the jointly submitted papers submitted in support of the motion and having considered the arguments of counsel, the Court finds that justice requires that relief from untimely filing is granted.

      Accordingly, IT IS ORDERED THAT:

      I.  The motion is GRANTED;

Dated: February 25, 2014

_____

_____

Honorable George Foley, Jr.
U.S. District Magistrate Judge

ORDER REGARDING PARTIES' MOTION FOR RELIEF OF UNTIMELY FILING JOINT STATUS REPORT RE: DISCOVERY