1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TOTH AND GARY HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> V. <br><br> STELLAR RECOVERY, INC., <br><br> DEFENDANT. | **Case No:** 2:13-CV-01276-LDG-GWF <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFF'S WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AND FOR DISCOVERY CONTINUANCE** <br><br> **Judge: Hon. George Foley Jr.** |

1 | Having considered Plaintiffs' Motion to withdraw the motion for a protective order and for discovery continuance ("Motion"), coupled with this Court's granting of the parties' stipulation to continue discovery allowing for Gary Hall's deposition by May 31, 2014, it is hereby **ORDERED** that the Plaintiff's Motion is now moot. Thus, Plaintiff's request to withdraw said Motion is GRANTED:

Dated: April 25, 2014

*George Foley Jr.*
Honorable George Foley Jr.
U.S. District Judge

---

[Proposed] Order Granting Plaintiff's Withdrawal Of Motion for Protective Order and For Discovery Continuance; Case No: 2:13-cv-01276-LDG-GWF