| | |
|---|---|
| 1 | Danny J. Horen |
| 2 | NV Bar No. 13153 |
| 3 | Kazerouni Law Group, APC |
|   | 7854 W. Sahara Avenue |
| 4 | Las Vegas, NV 89117 |
|   | Telephone: (800) 400-6808x7 |
| 5 | Facsimile: (800) 520-5523 |
|   | danny@kazlg.com |
| 6 | |
| 7 | *Attorneys for Plaintiff* |
|   | Gary Hall |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY TOTH and GARY HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: 2:13-cv-01276-LDG-GWF |
| Plaintiff, | |
| v. | |
| STELLAR RECOVERY, INC., | NOTICE OF SETTLEMENT |
| Defendant | |

**NOTICE IS HERBY GIVEN** that the dispute between Plaintiff GARY HALL ("Plaintiff") and Defendant STELLAR RECOVERY ("Defendant") has been resolved on an individual basis. The parties anticipate filing a Motion for Dismissal of the Action as to the named Plaintiff(s) with Prejudice, and without Prejudice as to the putative Class, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 5, 2014 for filing a Dismissal.

May 5, 2014                                      RESPECTFULLY SUBMITTED,

                                                  By: /s/ Danny J. Horen\_\_\_\_\_
                                                       DANNY J. HOREN, ESQ.
                                                       ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2014, service of the foregoing ***NOTICE OF SETTLEMENT*** was served via electronic filing with the court, thereby upon completion the electronic filing system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered parties of record in this case, addressed as follows:

| Counsel of Record | Phone/Fax | Party |
|---|---|---|
| Sean P. Flynn<br><br>Foley & Mansfield LLP<br>300 South Grand Ave., Ste 2800<br>Los Angeles, CA 90071 | P: (213) 283-2100<br><br>sflynn@foleymansfield.com | Defendant |
| William E. Peterson<br><br>Snell & Wilmer, LLP<br>50 West Liberty Street, Ste 510<br>Reno, NV 89501 | P: (775) 785-5440<br><br>wpeterson@swlaw.com | Defendant |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

By: /s/ Danny J. Horen
Danny J. Horen, Esq.
Kazerouni Law Group, APC
