Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

William E. Peterson, No. 1528
Janine C. Prupas, No. 9156
**SNELL & WILMER L.L.P.**
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone:  (775) 785-5440
Facsimile    (775) 785-5441

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **TIMOTHY TOTH and GARY HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**STELLAR RECOVERY, INC.,**<br><br>Defendant | **Case No.:** 2:13-cv-01276-LDG-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

///

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff GARY HALL's voluntary dismissal of his claims against STELLAR RECOVERY, INC., in the above-captioned matter, with prejudice as to the named plaintiffs, and without prejudice as to the putative class members, and without costs, disbursements, or attorney fees to any party.

Dated: April 28, 2014

BY:  /s/ _____

Snell + Wilmer
NV Bar #9156

ATTORNEY FOR DEFENDANT

BY:  /s/ DANNY J. HOREN _____
DANNY J. HOREN, ESQ.
NV BAR NO. 13153
ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED:

DATED: 23  May  2014 _____

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

STIPULATION AND ORDER OF DISMISSAL